*Walter C. Lundgren* and *Francis P. Kelly* for appellants.
*Frank H. Connelly, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

CHARLES A. FRANKLIN, Appellant and Respondent, *v.* STATE OF NEW YORK, Respondent and Appellant. (Claim No. 28739.)

Argued April 9, 1951; decided May 17, 1951.

*P. Sidney Hand* for claimant, appellant and respondent.

*Nathaniel L. Goldstein, Attorney-General (Ronald E. Coleman* and *Wendell P. Brown* of counsel), for defendant, respondent and appellant.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.